**United States District Court**
**Middle District of Tennessee**

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

February 8, 2008

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA 07-2309 RJL

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
        Conditional Transfer Order 61

Dear Clerk of Court:

Enclosed please find 2 certified copies of CTO 61 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee. The new case numbers are listed on the orders.

## If possible, please transmit your records via the ECF District Transfer method to the Middle District of Tennessee.

If this is not possible, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to ann_g_frantz@tnmd.uscourts.gov.

If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosures